IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR124 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN L. McGHEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion for dismissal (Filing No. 40).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion for leave to dismiss is granted; the indictment is dismissed, without prejudice, as to the defendant Kevin McGhee.

      DATED this 22nd day of November, 2011.

                   BY THE COURT:

                   /s/ Lyle E. Strom
                   _____
                   LYLE E. STROM, Senior Judge
                   United States District Court